### Ex parte RAY McCULLOUGH.

No. A-6837. Opinion Filed April 26, 1930.
(287 Pac. 1117.)

M. L. Opperud and O. B. Martin, for petitioner.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. This is an original proceeding in habeas corpus. It is made to appear that the cause has been finally disposed of in the lower court and that the question sought to be raised is moot.

The case is dismissed.